# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TIMOTHY B. STEWART

VERSUS

CITY OF BOGALUSA, THROUGH
CHIEF OF POLICE

NO.  2023 CW 1313

**JANUARY 29, 2024**

---

In Re:    The City of Bogalusa, applying for supervisory writs,
          Office of Workers' Compensation, District 6, No.
          2303696.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

**CHH**
**SMM**


**McClendon, J.**, concurs. The 2015 partial summary judgment
that was presented in support of the exception of res judicata
was an interlocutory judgment, which cannot serve as the basis
for a plea of res judicata. See **Saizan v. Pointe Coupee Parish
School Bd.**, 2010-0757 (La. App. 1st Cir. 10/29/10), 49 So.3d
559, 563, writ denied, 2010-2599 (La. 1/14/11), 52 So.3d 905;
La. Code Civ. P. art. 1915(A)(3); **Stewart v. City of Bogalusa,**
2015-1877 (La. App. 1st Cir. 8/5/16), 199 So.3d 651, 654.


COURT OF APPEAL, FIRST CIRCUIT

*a.Cad*

---
DEPUTY CLERK OF COURT
    FOR THE COURT